<span style="color:red">SEALED</span>

# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00369-MG-1 *SEALED*
### Internal Use Only

Case title: USA v. SEALED
Other court case number: 4:23-cr-40057 District of South Dakota

Date Filed: 05/10/2023

Assigned to: Magistrate Judge Mario Garcia

| | |
|---|---|
| Trial Date: | Final Pretrial Conference: |
| Plea and Sentence: | Sentencing: |
| Change of Plea Hearing: | Accept/Reject Plea Hearing: |
| Initial Appearance: | Pending SRV: |

### Defendant (1)

**EVAN FREDERICK LIGHT**     represented by    **Gwendolyn M. Beitz**
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204
317-383-3520
Fax: (317) 383-3525
Email: gwendolyn_beitz@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**

None

## Complaints

Warrant on Indictment out of the District of South Dakota

## Disposition

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Abhishek Kambli**<br>UNITED STATES ATTORNEY'S OFFICE (Indianapolis)<br>10 West Market Street<br>Suite 2100<br>Indianapolis, IN 46204<br>317-229-2443<br>Email: abhishek.kambli@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2023 | 🔒 | **(Court only)** \*\*\*Arrest of EVAN FREDERICK LIGHT (1) in Southern District of Indiana. (DWH) (Entered: 05/11/2023) |
| 05/10/2023 | [2](#) | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 5/9/2023 in case as to EVAN FREDERICK LIGHT (1). Electronic Notice to USM-W.(DWH) Modified on 5/11/2023 (DWH). (Entered: 05/11/2023) |
| 05/10/2023 | 🔒🔒 [3](#) | **(Ex Parte)** CJA 23 Financial Affidavit by EVAN FREDERICK LIGHT (1) - Accepted by Magistrate Judge Mario Garcia. (DWH) Modified on 5/11/2023 (DWH). (Entered: 05/11/2023) |
| 05/10/2023 | [4](#) | WAIVER of Rule 5(c)(3) Hearing by EVAN FREDERICK LIGHT (1) (DWH) Modified on 5/11/2023 (DWH). (Entered: 05/11/2023) |
| 05/10/2023 | [5](#) | COMMITMENT TO ANOTHER DISTRICT as to EVAN FREDERICK LIGHT (1). Defendant committed to District of South Dakota. Signed by Magistrate Judge Mario Garcia on 5/10/2023. Electronic Notice to USM-C.(DWH) (Entered: 05/11/2023) |
| 05/11/2023 | [1](#) | MINUTE ORDER for Initial Appearance in Rule 5(c)(3) Proceedings held on 5/10/2023 before Magistrate Judge Mario Garcia: as to EVAN FREDERICK LIGHT (1). Financial affidavit approved. Counsel appointed. Charges and rights were read and explained. Defendant waived his right to an identity hearing. Government moved for the defendant to remain in custody pending transport to the District of South Dakota. Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district. Government moved to keep the case under seal and the Court grants the same. Defendant remanded to the custody of the US Marshals pending removal to the District of South Dakota. Signed by Magistrate Judge Mario Garcia. (NAD) (Entered: |

| | | |
|---|---|---|
| | | 05/11/2023) |
| 05/11/2023 | | Notice of a Rule 5 or Rule 32 Initial Appearance as to EVAN FREDERICK LIGHT (1). Transferee court case number is: 4:23-cr-40057. Using a PACER account, the docket sheet and any documents may be received via the case number link. Any necessary sealed/restricted documents will be transmitted to the receiving district court via a separate e-mail message.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (DWH) (Entered: 05/11/2023) |

**Case #: 1:23-mj-00369-MG *SEALED*-1**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>EVAN FREDERICK LIGHT<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:23-cr-40057 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Evan Frederick Light
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1349 and Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h).

Date: 5-3-2023

City and state: Sioux Falls, SD

*Issuing officer's signature*

Matthew Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/2023, and the person was arrested on *(date)* 5/9/2023
at *(city and state)* Lebanon, Indiana

Date: 5/10/2023

*Arresting officer's signature*

Michael Frank / Special Agent
*Printed name and title*

CC USMS



AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-mj-369-MG |
| Evan Frederick Light | ) | |
| Defendant | ) | Charging District's Case No. 4:23-cr-40057 |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

Accepted
gev 5/10/23

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: May 10, 2023

Evan Light
*Defendant's signature*

Gwendolyn M. Bertz
*Signature of defendant's attorney*

Gwendolyn M. Bertz
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:23-mj-369-MG |
| | ) | |
| EVAN FREDERICK LIGHT | ) | Charging District's |
| Defendant | ) | Case No. 4:23-cr-40057 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ____South Dakota____,

(if applicable) ____Southern____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 5/10/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana