AO 245C    (Rev. 09/19) Amended Judgment in a Criminal Case        (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT
District Of South Dakota, Southern Division

UNITED STATES OF AMERICA

**AMENDED JUDGMENT IN A CRIMINAL CASE**

v.

Evan Frederick Light

| | |
|---|---|
| Case Number: | 4:23CR40057-1 |
| USM Number: | 58421-510 |

John R. Hinrichs and Michael Robert Bartish
Defendant's Attorney

**Date of Original Judgment:** 02/06/2025
(Or Date of Last Amended Judgment)

## THE DEFENDANT:

■ pleaded guilty to    the Indictment

☐ pleaded nolo contendere to count(s) _____ which was accepted by the Court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1343 and 1349 | Conspiracy to Commit Wire Fraud | 05/02/2023 | 1 |
| 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h) | Conspiracy to Launder Monetary Instruments | 05/02/2023 | 2 |

The defendant is sentenced as provided in this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

04/16/2025
Date of Imposition of Judgment

*/s/ Roberto A. Lange*
Signature of Judge

Roberto A. Lange, Chief Judge
Name and Title of Judge

April 23, 2025
Date

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 240 months on Count 1 and 240 months on Count 2 to run concurrently.

☐ The Court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of : 3 years on Count 1 and 3 years on Count 2 to run concurrently.

# MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.
    - ☐ The above drug testing condition is suspended, based on the Court's determination that you pose a low risk of future substance abuse. *(Check, if applicable.)*
4. ■ You must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(Check, if applicable.)*
6. ☐ You must participate in an approved program for domestic violence. *(Check, if applicable.)*
7. ■ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(Check, if applicable.)*

You must comply with the standard conditions that have been adopted by this Court as well as with any other conditions on the attached page.

AO 245C  (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 3A — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the Court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at reasonable times, at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the Court and has provided me with a written copy of this Judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

# SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a cognitive behavioral program, such as Moral Reconation Therapy (MRT), at the direction of the probation officer and abide by the rules of the program.

2. You must not incur new credit charges or open additional lines of credit without the approval of the probation office if any restitution remains unpaid.

3. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

4. You must apply all monies received from income tax refunds, judgments, and unexpected financial gains to the outstanding court-ordered financial obligation.

5. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer and with the consent of a federal district court judge.

6. You must reside and participate in a residential reentry center as directed by the probation office. You will be classified as a prerelease case.

7. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

8. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer and with the consent of a federal district court judge.

9. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

10. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than eight drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

11. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

# CRIMINAL MONETARY PENALTIES

You must pay the total criminal monetary penalties under the Schedule of Payments set below.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|------------|-------------|------|------------------|-------------------|
| **TOTALS** | $200 | * $83,725,822.97 | Waived | Not applicable | Not applicable |

■    The determination of restitution is deferred.

An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

■    You must make restitution (including community restitution) to the following payees in the amount listed below.

If you make a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| * Government Exhibit 1 - Tier 1 | | $65,684,564.10 | 1 |
| * Government Exhibit 2 - Tier 1 | | $18,041,258.87 | 1 |

**TOTALS**      $ _____      $ 83,725,822.97

☐    Restitution amount ordered pursuant to Plea Agreement $ _____

☐    You must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the Judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■    The Court determined that you do not have the ability to pay interest and it is ordered that:

       ■    the interest requirement is waived for the    ☐ fine    ■ restitution.

       ☐    the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, & and Child Pornography Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

NOTE: Identify Changes with Asterisks (*))

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

# SCHEDULE OF PAYMENTS

Having assessed your ability to pay, payment of the total criminal monetary penalties is due as follows:

A ■ Lump sum payment of $ 200 due immediately, balance due

☐ not later than _____ , or

■ in accordance with ☐ C, ☐ D, ■ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ ,
to commence _____ (e.g., 30 or 60 days) after the date of this Judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ ,
to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ■ Payment of the total restitution and other criminal monetary penalties shall be due in regular quarterly installments of 50% of the deposits in your inmate trust account while you are in custody, or 10% of your inmate trust account while serving custody at a Residential Reentry Center. Any portion of the monetary obligation(s) not paid in full prior to your release from custody shall be due in monthly installments of $1,000, such payments to begin 60 days following your release.

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, or electronically at Pay.gov.

You shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number), | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ You shall pay the cost of prosecution.

☐ You shall pay the following court cost(s):

■ You shall forfeit your interest in the following property to the United States:
**Electronic Equipment**
Apple iPhone 12 Pro cellular phone
Apple iPhone 12 Pro Max cellular phone
Computer Components
In Win Computer desktop
SanDisk USB Drive
SanDisk USB Drive
SanDisk USB Drive

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT: Evan Frederick Light
CASE NUMBER: 4:23CR40057-1

# ADDITIONAL FORFEITED PROPERTY

Apple iPhone 4s
MSI Gaming Laptop
Apple iPhone 12 Pro Max
Apple MacBook Pro
Apple iPhone 13 Pro Max cellular phone
Apple iPhone 8 Plus
Apple MacBook Pro
Seagate External Hard Drive
Two SanDisk USB Drives
Amazon Firestick
Apple iPhone 11 Pro Max
Apple iPhone XR
Apple iPhone 11 Pro Max
Phanteks Desktop PC in box
Acer Laptop
Magnium Desktop PC in box
Microsoft Surface Pro with case
ABS Desktop PC
Cyberpower PC
Asus Desktop PC
Rosegold Apple, MacBook
Apple MacBook Pro
Acer Laptop
Republic of Gamers USB Device
Silicon Power Hard Drive

**Cryptocurrency Devices**
Trezor
Trezor
Trezor
Ledger USB
Crypto Trezor
Trezor and Box
Trezor and Box
Trezor and Box

**Bitcoin**
bc1q7fwvnzdvnl5dp6hpzgxqiww2fszdk9kuxup0w (balance of 4.09743857 bitcoin)
bc1q3qdqx0pyvst52uqexhk7w9ge6rg0qi5wegvepv (balance 366.0313687 bitcoin)
bc1q22p9rm29nxg63fptz5fDludsnj5wrm78x4rwi (balance 191.1114631 bitcoin)
bc1qhzk6n7q67nrz8rxmsmys364srujpvpu8vs8hnt (balance 0.00376489 bitcoin)

**Watches**
Franck Muller Bitcoin Watch
Box for Franck Muller Bitcoin Watch
Icebox Watch
Audemars Piguet Watch