UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-40057 |
| Plaintiff, | ORDER ON MOTION TO SEAL GEMINI RESTITUTION SUBMISSION AND EXHIBITS |
| v. | |
| EVAN FREDERICK LIGHT, | |
| Defendant. | |

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

That the United States' Motion to Seal Gemini Restitution Submission and Exhibits, is hereby permanently sealed unless ordered otherwise by the Court.

Dated: June 23, 2025

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES CHIEF JUDGE